IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civ. No. 7:17-00103-KS

ROBERT A. ANDREWS, JR., )
　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　)
v. )
　　　　　　　　　　　　　　)　　　**ORDER**
NANCY A. BERRYHILL, )
ACTING COMMISSIONER )
OF SOCIAL SECURITY, )
　　　　　　　　　　　　　　)
　　　Defendant. )

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing Defendant's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of Defendant's motion, with Plaintiff's consent, to remand this action for further administrative proceedings, the Court hereby remands this case to Defendant, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993).

The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 2nd day of January 2018,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kimberly A. Swank
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Kimberly A. Swank
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge