UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

ROBERT ALLEN ANDREWS, JR., )
        Plaintiff, )
)
v. )
)
ANDREW SAUL, )
*Commissioner of Social Security,* )
        Defendant. )

**JUDGMENT**

Case No. 7:17-CV-103-KS

**Decision by Court.**

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the plaintiff's motion for attorney fees.

    IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's counsel be awarded fees under 42 U.S.C. §406(b) in the amount of $18,990.38. Plaintiff's counsel will refund to Plaintiff the smaller amount between this amount and any fee amount that previously was received under the EAJA.

This judgment filed and entered on October 25, 2019, with *electronic service* upon:

**Michael Gillespie**
**James Gillespie, Jr.**
*Counsel for Plaintiff*

**Cassia Parson**
**Peter Heinlein**
*Counsel for Defendant*

**PETER A. MOORE, JR.**
**CLERK, U.S. DISTRICT COURT**

October 25, 2019

/s/ *Shelia D. Foell*
(By): Shelia D. Foell, Deputy Clerk